No. 93–7074.  BEACHEM *v.* VIRGINIA.  C. A. 4th Cir.  Motion of petitioner to consolidate this petition with No. 93–5418, *Reed v. Farley, Superintendent, Indiana State Prison, et al.* [certiorari granted, *ante,* p. 963], denied.

No. 93–6973.  IN RE SHAVER.  Petition for writ of habeas corpus denied.

No. 93–730.  IN RE PRISON INDUSTRY AUTHORITY ET AL.;
No. 93–5458.  IN RE KRUSE;
No. 93–6251.  IN RE ZACK;
No. 93–6252.  IN RE LAWRENCE;
No. 93–6510.  IN RE HABINIAK; and
No. 93–6948.  IN RE MERIT.  Petitions for writs of mandamus denied.

No. 93–6492.  IN RE CORETHERS; and
No. 93–6500.  IN RE GREEN.  Petitions for writs of mandamus and/or prohibition denied.

No. 93–120.  THOMAS JEFFERSON UNIVERSITY, DBA THOMAS JEFFERSON UNIVERSITY HOSPITAL *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 3d Cir.  Certiorari granted.

No. 93–609.  MORGAN STANLEY & CO. INC. ET AL. *v.* PACIFIC MUTUAL LIFE INSURANCE CO. ET AL.  C. A. 5th Cir.  Certiorari granted.

No. 93–714.  U. S. BANCORP MORTGAGE CO. *v.* BONNER MALL PARTNERSHIP.  C. A. 9th Cir.  Certiorari granted.

No. 93–670.  HOWLETT *v.* BIRKDALE SHIPPING CO., S. A. C. A. 3d Cir.  Certiorari granted limited to Question 1 presented by the petition.

No. 93–5256.  WILLIAMSON *v.* UNITED STATES.  C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 92–1398.  RICHARDSON, CHAPTER 7 PANEL TRUSTEE *v.* MT. ADAMS FURNITURE.  C. A. 9th Cir.  Certiorari denied.